IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN M. GARDNER and SUSAN L.            05-CV-769-HU
GARDNER, husband and wife,
and MT. HOOD POLARIS, INC.,              ORDER
an Oregon Corporation,

        Plaintiffs,

v.

TOM MARTIN, dba *THE TOM
MARTINO SHOW*; WESTWOOD ONE,
INC., a Delaware corporation;
and CLEAR CHANNEL COMMUNICATIONS,
INC., a Texas corporation,

        Defendants.


**LINDA L. MARSHALL**
PMB 408
3 Monroe Parkway, Suite P
Lake Oswego, OR 97035
(503) 699-2082

        Attorney for Plaintiffs


1- ORDER

**CHARLES F. HINKLE**
**BRAD S. DANIELS**
Stoel Rives LLP
900 S.W. Fifth Avenue, Suite 2600
Portland, OR 97204
(503) 224-3380

>     Attorneys for Defendants Tom Martino & Westwood
>     One, Inc.

**DUANE A. BOSWORTH**
**KEVIN H. KONO**
Davis Wright Tremaine LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, OR 97201
(503) 241-2300

>     Attorneys for Defendant Clear Channel
>     Communications, Inc.

**BROWN, Judge.**

Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#88) on June 15, 2006, in which he recommended the Court grant in part and deny in part Defendants' Motions for Attorney's Fees (#49, #54) and Supplemental Motions for Attorney's Fees (#77, #80). Defendants Martino and Westwood One, Inc., filed objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas*

2- ORDER

*Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).  This Court has carefully considered the Objections of Defendants Martino and West One and concludes Defendants' Objections do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#88) and, therefore, **GRANTS in part** and **DENIES in part** Defendants' Motions for Attorney Fees (#49, #54) and Supplemental Motions for Attorney Fees (#77, #80).  Accordingly, the Court awards Defendants Martino and Westwood a total of $20,982.50 in attorneys' fees and awards Defendant Clear Channel a total of $6,517.50 in attorneys' fees.

IT IS SO ORDERED.

DATED this 19th day of September, 2006.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3- ORDER